**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.**  25-03172-01-CR-S-BP |
| Plaintiff, | COUNT 1 |
| | *Felon in Possession of Firearm and Ammunition* |
| v. | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | NMT 15 Years Imprisonment |
| **CLIFFORD WAYNE WEIS,** | NMT $250,000 Fine |
| [DOB:  04/29/1989] | NMT 3 Years Supervised Release |
| | Class C Felony |
| Defendant. | |
| | COUNT 2 |
| | *Possession of Unregistered Short-Barreled Rifle* |
| | 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| | NMT 10 Years Imprisonment |
| | NMT $10,000 Fine |
| | NMT 3 Years Supervised Release |
| | Class C Felony |
| | $100 Mandatory Special Assessment each count |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about September 11, 2025, in Dallas County, Western District of Missouri, the defendant, **CLIFFORD WAYNE WEIS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glenfield (Marlin) brand, model 25, .22-caliber weapon made from a rifle, bearing serial number 23777067, and 12 rounds of ammunition, and the firearm and ammunition had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about September 11, 2025, in Dallas County, Western District of Missouri, the defendant, **CLIFFORD WAYNE WEIS**, knowingly received and possessed a firearm, specifically a Glenfield (Marlin) brand, model 25, .22-caliber weapon, made from a rifle, bearing serial number 23777067, not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d),and 5871.

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Anthony M. Brown*
**ANTHONY M. BROWN**
Assistant United States Attorney
Missouri Bar #62504

Dated: November 5, 2025
Springfield, Missouri

2